IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>v.<br><br>ADRIANA CRUZ-VELEZ,<br>Defendant. | INFORMATION<br><br>CRIMINAL No. 26- 120 (FAB<br><br>COUNT ONE<br>18 U.S.C. § 1343 |

THE UNITED STATES ATTORNEY CHARGES:

<u>COUNT ONE</u>
(Wire Fraud)
18 U.S.C. § 1343

1.      From on or about around January 2021 to June 2024, in the District of Puerto Rico and elsewhere, defendant Adriana Cruz-Velez, devised and intended to devise a scheme and artifice to defraud and for obtaining money and property by means of materially false and fraudulent pretenses, representations, promises, and material omissions, through interstate wire communications, in violation of 18 U.S.C. § 1343.

THE SCHEME TO DEFRAUD

2.      From on or about around January 2021 to June 2024, in the District of Puerto Rico and elsewhere, defendant Adriana Cruz-Velez did knowingly and willfully execute and attempt to execute a scheme and artifice to defraud Homeowner's Association A, B, and C by using her position as owner and operator of AA Property Management LLC to write unauthorized checks, forge authorizing signatures, falsify accounting documents, and cash checks in the names of third parties, for her own financial benefit and to disguise the scheme; all without authorization of each homeowner's association.

Page 1 of 2

## EXECUTION OF THE SCHEME

3.     On or about the date set forth below, in the District of Puerto Rico and elsewhere within the jurisdiction of this Court, defendant for the purpose of executing the scheme described above, and attempting to do so, caused to be transmitted by means of wire communication in interstate commerce the signals and sounds described below:

| Count | Date | Description |
|-------|------|-------------|
| 1 | October 5, 2022 | Unauthorized check of $140,000 from FirstBank Puerto Rico account of Homeowner's Association A to Banco Popular de Puerto Rico account of Homeowner's Association B, to disguise and hide theft of funds from Homeowner's Association B. |

All in violation of 18 U.S.C. §1343.

W. STEPHEN MULDROW
United States Attorney

Timothy Henwood
Assistant United States Attorney
Chief, Criminal Division

Seth A. Erbe
Assistant United States Attorney
Chief, Financial Fraud &
Public Corruption Section